IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY TWIGG, et al.,** : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 21-768 |
| **VARSITY BRANDS HOLDING COMPANY, INC., et al.** : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 12th day of January, 2023, upon consideration of Defendants "Joint Motion to Transfer Venue" (ECF No. 39), and Plaintiffs' response in opposition (ECF No. 40) it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**